1  QUIN DENVIR, Bar #049374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226

5  Telephone: 559/487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) APPLICATION AND ORDER |
| | ) APPOINTING COUNSEL |
| v. | ) |
| RUSSELL W. ALLEN, | ) |
| Respondent. | ) |

   The defendant, Russell W. Allen, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

   The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of letter from the United States Postal Service indicating that Mr. Allen allegedly engaged in, among other offenses, Theft of Mail Matter as a postal employee and Obstruction of Correspondence, in violation of 18 U.S.C. §§ 1709 and 1702.

Dated: April 25, 2005

MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: April 27 2005

DENNIS L. BECK
Chief United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28