```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUSSELL WAYNE ALLEN II,<br><br>        Defendant. | CASE NO.: 1:08-mj-00030 SMS<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF CRIMINAL<br>COMPLAINT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the criminal complaint against RUSSELL WAYNE ALLEN II without prejudice in the interest of justice.

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:   2/28/08                     By:   /s/MARK J. McKEON
                                                    MARK J. McKEON
                                                      Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the criminal complaint against RUSSELL WAYNE ALLEN II be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 3, 2008**              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE